# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **CAREY ELLIS MALONE** | **CIVIL ACTION NO. 3:17-CV-00707** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **JONATHAN D. CAMPBELL, ET AL.** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** as frivolous pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's request for habeas relief is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that the pending motions to dismiss [Doc. Nos. 9 & 18] are **DENIED AS MOOT**.

**MONROE, LOUISIANA**, this 4th day of January, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE